**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAIMON TERRELL WOODS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Civil Action No. 24-108** |
| | ) | |
| **OFFICER M. SCUILLO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MEMORANDUM ORDER**

The case was referred to Magistrate Judge Kezia O. L. Taylor in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D. Magistrate Judge Taylor issued a Report and Recommendation filed March 4, 2026, recommending that this case be dismissed with prejudice due to Plaintiff's failure to comply with the Court's Order directing compliance with discovery obligations. ECF No. 61. Objections to the Report and Recommendation were due by March 23, 2026, for the non-electronically registered Plaintiff. *See* 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2. No Objections have been filed.

The Magistrate Judge's Report is a thorough analysis of the applicable law to Plaintiff's failure to comply with the Court Order and his discovery obligations. The Magistrate Judge provided Plaintiff with the opportunity to comply with his discovery obligations, but Plaintiff clearly and unequivocally chose not to comply. As set forth in the Report, the relevant analysis leads to the conclusion that dismissal is the appropriate sanction in this case. After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 3rd day of April 2026,

IT IS ORDERED that the Report and Recommendation, ECF No. 61, filed on March 4, 2026, by Magistrate Judge Taylor, is adopted as the Opinion of the Court.

IT IS FURTHER ORDERED that Plaintiffs' case is dismissed with prejudice for failure to comply with Court Orders and for failure to comply with his discovery obligations.

The Clerk of Court shall mark this case closed.

_s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Court Judge

Jaimon Terrell Woods, pro se
41056
Butler County Prison
202 S. Washington Street
Butler, PA 16001

2